Date Of Arrest: 3/30/2021

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 21-1130MJ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v | |
| Eloy PADILLA-Saldana<br>A092 157 872<br>DOB: 1960<br>Citizen of Mexico | COUNT I<br>Title 8, United States Code, Section 1326 (a) enhanced by (b) (1) Attempted Re-entry After Removal (Felony). |
| Defendant | |

The undersigned complainant being duly sworn states:

### COUNT I

That on or about 3/30/2021, Defendant Eloy PADILLA-Saldana, an alien, entered or attempted to re-enter the United States, at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico in San Ysidro, California on or about 8/28/2020. The Secretary of Homeland Security of the United States not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8 United States Code, Section 1326(a) enhanced by (b)(1), a Felony.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos

*[signature] JWL for JAB*

Signature of Complainant
Rodolfo H. Di Bene
Enforcement Officer

Sworn to before me and subscribed ~~in my presence~~ telephonically,

4/1/2021 at Yuma, Arizona
Date                          City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA |
| 2 | V. |
| 3 | PADILLA-Saldana, Eloy<br>A092 157 872 |
| 4 | DOB: 1960<br>Citizen of Mexico |

**Immigration Record:**
8/28/2020    Removed to Mexico via San Ysidro, California
10/22/98     Administrative removal San Ysidro, California

**CRIMINAL RECORD:**
11/08/1995   C1 Homicide GUILTY/Sentence unknown
             C2 Homicide Negligent Guilty/Sentence unknown manslaughter weapon
             C3 Homicide Willful Guilty/Sentence unknown Kill weapon

09/22/2020   Calexico POE, False Claim to U.S. Citizenship
             Charge: 18 USC 1546 Fraud and misuse of Visas and Immigration Document.
             Sentence: Guilty prison time: 107 days, supervised release: 36 months, flash expires 01/05/2024

**Statement of Facts:**
The complainant states that this complaint is based upon the statements of the apprehending officers, that PADILLA was found on or about 3/30/2021, at or near the San Luis, Arizona Port of Entry. Questioning revealed that PADILLA is a citizen of Mexico, and is not in possession of valid documents allowing him to enter, be or remain in the United States.

On 3/30/2021, PADILLA-Saldana, Eloy attempted to re-enter by applying for admission, via the pedestrian lanes, at the San Luis, Arizona Port of Entry. PADILLA presented and claimed to be the true owner of a Valid I-551, Resident Alien Card, bearing the name of Ernesto Cordova Hernandez. The primary officer referred PADILLA to secondary for further inspection when it was noticed that PADILLA did

UNITED STATES OF AMERICA

V.

PADILLA-Saldana, Eloy
AKA: Ernesto Cordova Hernandez
A092 157 872
DOB: 1960
Citizen of Mexico

not resemble the photo likeness of the document he presented. PADILLA stated to the primary officer he was headed to his home in El Centro, California after having spent the night in San Luis, Mexico with a lady friend. When asked if the document he presented was his, PADILLA stated "yes."

Once in secondary, PADILLA was advised of his rights per form I-214, which he signed indicating he understood them and opted to invoke his right to remain silent. The officers ran queries and discovered the above-mentioned immigration and criminal history based on fingerprint submittance.

Signature of Complainant
Rodolfo H. Di Bene
Enforcement Officer

Sworn to before me and subscribed ~~in my presence~~ telephonically
4/1/2021                              at         Yuma, Arizona
Date                                                City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

-3-